FILED
JUL 1 8 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-103 |
| v. | INDICTMENT |
| ARMANI EUGENE GATES,<br>also known as "OMB74" and "74,"<br>MAJOK MAJOK,<br>also known as "Jok" and "Magok Magok,"<br>TRENT DOUGLAS BROWN JR.,<br>also known as "TB," and<br>SEMAJ JOHNSON,<br>also known as "Maj" and "10mill," | T. 18 U.S.C. § 2<br>T. 18 U.S.C. § 922(g)(3)<br>T. 18 U.S.C. § 922(o)<br>T. 18 U.S.C. § 924(a)(2)<br>T. 18 U.S.C. § 924(a)(8)<br>T. 18 U.S.C. § 924(c)(1)(A)(i)<br>T. 18 U.S.C. § 924(c)(1)(B)(ii)<br>T. 18 U.S.C. § 932(b)(1)<br>T. 18 U.S.C. § 932(b)(2) |
| Defendants. | T. 18 U.S.C. § 932(c)(1)<br>T. 18 U.S.C. § 932(c)(2)<br>T. 18 U.S.C. § 933(a)(1)<br>T. 18 U.S.C. § 933(a)(2)<br>T. 18 U.S.C. § 933(a)(3)<br>T. 18 U.S.C. § 933(b)<br>T. 21 U.S.C. § 841(a)(1)<br>T. 21 U.S.C. § 841(b)(1)(A)<br>T. 21 U.S.C. § 841(b)(1)(C)<br>T. 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least November 1, 2021, and continuing until present, in the Southern District of Iowa and elsewhere, the defendants, ARMANI EUGENE GATES, also known as "OMB74" and "74," MAJOK MAJOK, also known as "Jok" and "Magok Magok," and TRENT DOUGLAS BROWN JR., also known as "TB," conspired, with each other and other persons known and unknown to the Grand

1

Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Unlawful User in Possession of a Firearm)

On or about March 23, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a loaded Walther, model PDP, nine-millimeter pistol, with serial number FDC7327; and

2. a loaded Canik, model TP9sfx, nine-millimeter pistol, with serial number 20BC61815.

At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Straw Purchasing Conspiracy)**

On or about July 21, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," conspired with another person known to the Grand Jury, to knowingly purchase a firearm, namely: a Glock, model 27, .40 caliber pistol, with serial number AGSP951, in or otherwise affecting commerce for, on behalf of, or at the request or demand of ARMANI EUGENE GATES, also known as "OMB74" and "74," knowing or having reasonable cause to believe that ARMANI EUGENE GATES, also known as "OMB74" and "74," intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime.

This is a violation of Title 18, United States Code, Section 932(b)(1), 932(b)(2), 932(c)(1), and 932(c)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Firearms Trafficking Conspiracy)**

On a date unknown, but between July 21, 2022, and February 17, 2023, in the Southern District of Iowa, the defendants, ARMANI EUGENE GATES, also known as "OMB74" and "74," and MAJOK MAJOK, also known as "Jok" and "Magok Magok," conspired with each other to transfer a firearm, namely: a Glock, model 27, .40 caliber pistol, with serial number AGSP951, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by MAJOK MAJOK, also known as "Jok" and "Magok Magok," would constitute a felony; and conspired to receive said firearm, knowing or having reasonable cause to believe that MAJOK MAJOK's, also known as "Jok" and "Magok Magok," receipt of the firearm would constitute a felony.

This is a violation of Title 18, United States Code, Section 933(a)(1), 933(a)(2), 933(a)(3), and 933(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Straw Purchasing Conspiracy)

On or about July 22, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," conspired with another person known to the Grand Jury, to knowingly purchase a firearm, namely: a Glock, model 29 Gen 4, ten-millimeter pistol, with serial number BXHT254, in or otherwise affecting commerce for, on behalf of, or at the request or demand of ARMANI EUGENE GATES, also known as "OMB74" and "74,", knowing or having reasonable cause to believe that ARMANI EUGENE GATES, also known as "OMB74" and "74," intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime.

This is a violation of Title 18, United States Code, Section 932(b)(1), 932(b)(2), 932(c)(1), and 932(c)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(Firearms Trafficking Conspiracy)**

On a date unknown, but between July 22, 2022, and August 23, 2022, in the Southern District of Iowa, the defendants, ARMANI EUGENE GATES, also known as "OMB74" and "74," and SEMAJ JOHNSON, also known as "Maj" and "10mill," conspired with each other to transfer a firearm, namely: a Glock, model 29 Gen 4, ten-millimeter pistol, with serial number BXHT254, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by SEMAJ JOHNSON, also known as "Maj" and "10mill," would constitute a felony; and conspired to receive said firearm, knowing or having reasonable cause to believe that SEMAJ JOHNSON's, also known as "Maj" and "10mill," receipt of the firearm would constitute a felony.

This is a violation of Title 18, United States Code, Section 933(a)(1), 933(a)(2), 933(a)(3), and 933(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Straw Purchasing Conspiracy)**

On or about August 2, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," conspired with another person known to the Grand Jury, to knowingly purchase a firearm, namely: a Glock, model 19X, nine-millimeter pistol, with serial number BXGW052, in or otherwise affecting commerce for, on behalf of, or at the request or demand of ARMANI EUGENE GATES, also known as "OMB74" and "74," knowing or having reasonable cause to believe that ARMANI EUGENE GATES, also known as "OMB74" and "74," intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime.

This is a violation of Title 18, United States Code, Section 932(b)(1), 932(b)(2), 932(c)(1), and 932(c)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 8**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about August 23, 2022, in the Southern District of Iowa, the defendant, SEMAJ JOHNSON, also known as, "Maj" and "10mill," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 9**
**(Possession of a Firearm in Furtherance of Drug Trafficking Crime)**

On or about August 23, 2022, in the Southern District of Iowa, the defendant, SEMAJ JOHNSON, also known as, "Maj" and "10mill," knowingly possessed a firearm, namely: a loaded Glock, model 29 Gen 4, ten-millimeter pistol, with serial number BXHT254. The defendant possessed this firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 8 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (Unlawful User in Possession of a Firearm)

On or about August 23, 2022, in the Southern District of Iowa, the defendant, SEMAJ JOHNSON, also known as "Maj" and "10mill," in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock, model 29 Gen 4, ten-millimeter pistol, with serial number BXHT254. At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (Distribution of a Controlled Substance)

On or about September 29, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 12**
**(Distribution of a Controlled Substance)**

On or about October 3, 2022, in the Southern District of Iowa, the defendants, ARMANI EUGENE GATES, also known as "OMB74" and "74," and TRENT DOUGLAS BROWN JR., also known as "TB," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and aided and abetted the same.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 13**
**(Distribution of a Controlled Substance)**

On or about October 6, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 14**</u>
**(Distribution of a Controlled Substance)**

On or about October 11, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 15**</u>
**(Distribution of a Controlled Substance)**

On or about October 14, 2022, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 16
### (Distribution of a Controlled Substance)

On or about February 9, 2023, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and aided and abetted the same.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 17
### (Possession of a Machinegun in Furtherance of Drug Trafficking Crime)

On or about February 17, 2023, in the Southern District of Iowa, the defendant, MAJOK MAJOK, also known as "Jok" and "Magok Magok," knowingly possessed a machinegun and firearm, namely: a loaded Glock, model 27, .40 caliber pistol, with serial number AGSP951, which had affixed to it upon recovery, an automatic selector switch, which is a machinegun. The defendant possessed this firearm and machinegun in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 18
### (Unlawful User in Possession of a Firearm)

On or about February 17, 2023, in the Southern District of Iowa, the defendant, MAJOK MAJOK, also known as "Jok" and "Magok Magok," in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock, model 27, .40 caliber pistol, with serial number AGSP951. At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 19
### (Illegal Possession of a Machinegun)

On or about February 17, 2023, in the Southern District of Iowa, the defendant, MAJOK MAJOK, also known as "Jok" and "Magok Magok," in and affecting commerce, knowingly possessed a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 27, .40 caliber pistol, with serial number AGSP951, when recovered.

This is a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 20**</u>
**(Distribution of a Controlled Substance)**

On or about March 8, 2023, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and aided and abetted the same.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 21**</u>
**(Distribution of a Controlled Substance)**

On or about March 14, 2023, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and aided and abetted the same.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 22
### (Distribution of a Controlled Substance)

On or about March 22, 2023, in the Southern District of Iowa, the defendant, MAJOK MAJOK, also known as "Jok" and "Magok Magok," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 23
### (Distribution of a Controlled Substance)

On or about April 18, 2023, in the Southern District of Iowa, the defendant, ARMANI EUGENE GATES, also known as "OMB74" and "74," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and aided and abetted the same.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 24</u>
(Distribution of a Controlled Substance)

On or about April 26, 2023, in the Southern District of Iowa, the defendant, MAJOK MAJOK, also known as "Jok" and "Magok Magok," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 25</u>
(Distribution of a Controlled Substance)

On or about May 18, 2023, in the Southern District of Iowa, the defendant, MAJOK MAJOK, also known as "Jok" and "Magok Magok," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 26
### (Distribution of a Controlled Substance)

On or about June 22, 2023, in the Southern District of Iowa, the defendant, MAJOK MAJOK, also known as "Jok" and "Magok Magok," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Mallory E. Weiser
Assistant United States Attorneys