# GOVERNMENT EXHIBIT

## USA v. Armani Eugene Gates et al

# 4:23-CR-103

GX1 through GX14
CD

1