IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CR-103 |
| | ) | |
| ARMANI EUGENE GATES, | ) | GOVERNMENT'S |
| | ) | SENTENCING EXHIBIT LIST |
| Defendant. | ) | |
| | ) | |

The United States of America respectfully submits the following list of sentencing exhibits. The government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Description |
|---|---|
| 1 | Law enforcement reports [filed at Dkt. No. 131-1] |
| 2 | No Mentions OMB Music Video |
| 3 | Kill Shit OMB Music Video |
| 4 | Opp Hunt OMB Music Video |
| 5 | Dumb Ways 2 Die OMB Music Video |
| 6 | Armani Gates Snapchat posts – four pistols with auto switches – July 22, 2022 |
| 7 | KRM Ai TMB OMB Music Video |
| 8 | Armani Gates Snapchat posts – opps scared to come out – May 31, 2023 |
| 9 | Armani Gates Snapchat posts – Feds on me, ducking Indictments – June 3, 2023 |

          Respectfully submitted,

          Richard D. Westphal
          United States Attorney

By: */s/ Kristin M. Herrera*
   Kristin M. Herrera
   Mallory E. Weiser
   Assistant United States Attorneys
   U.S. Courthouse Annex
   110 East Court Avenue, Suite 286
   Des Moines, IA 50309
   Tel: (515) 473-9300
   Fax: (515) 473-9292
   Email: Kristin.Herrera@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail ____ Fax ____Hand Delivery
__X__ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By: */s/ Kristin Herrera, AUSA*